HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOKDINH SAYSACK, <br><br> Petitioner, <br><br> v. <br><br> JERI BOE, et al., <br><br> Respondents. | CASE NO. C18-5315 RBL-TLF <br><br> ORDER |

Petitioner Saysack has paid the filing fee. The Magistrate Judge's Report and Recommendation regarding Petitioner Saysack's Motion for Leave to proceed in forma pauperis [Dkt. # 3] is **DENIED** as moot. This matter is **RE-REFERRED** to the Magistrate Judge for consideration of Saysack's PETITION for Writ of Habeas Corpus [Dkt. # 4].

IT IS SO ORDERED.

Dated this 22nd day of May, 2018.

Ronald B. Leighton
United States District Judge

ORDER - 1