# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DOKDINH SAYASACK,

    Petitioner,

v.

JERI BOE,

    Respondent.

CASE NO. 3:18-cv-5315-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus is denied.

**DATED** this 17th day of August, 2018.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge